**Nettie L. Parker, appellee, v. Yellow Cab Company, appellant. Gen. No. 29,901.**

Action for personal injuries sustained in taxicab. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925.

Moloney & Postelnek and Charles L. Mahony, for appellant; Charles L. Mahony, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellee; H. H. Patterson, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Petersen Motor Car & Garage Company, appellee, v. H. P. Reger and Mary A. Reger, appellants. Gen. No. 29,879.**

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 22, 1925.

T. B. McGrath, Jr., and A. J. Schmidt, for appellants. Blum, Blum & Delaney, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Charles W. Peters, appellee, v. Logan Square Trust & Savings Bank et al., appellants. Gen. No. 29,758.**

Action on replevin bond. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 6, 1925. Rehearing denied October 19, 1925.

Fred B. Silsbee, for appellants. Adams, Follansbee, Hawley & Shorey, for appellee; Melvin M. Hawley and Joseph A. Struett, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**American Travel & Hotel Directory Company, appellee, v. Thomas Mack, trading as Rezilite Manufacturing Company, appellant. Gen. No. 29,770.**

Action to recover for advertising in hotel directory. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 6, 1925.

L. C. Thesen, for appellant. Teller, Levit, Silvertrust & Levi, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.